Adeline M. Dickinson, defendant in error, v. Dwight W. Dickinson, plaintiff in error. Gen. No. 24,344.

Bill for divorce on the ground of drunkenness. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Albert B. George, for plaintiff in error. J. K. Orvis, for defendant in error; Ela, Grover & March, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Mr. Presiding Justice Dever delivered the opinion of the court.